**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARY DERRY, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-CV-01744 |
| v. | (MEHALCHICK, M.J.) |
| ADAM R. BLACKMAN, | |
| Defendant. | |

**ORDER**

**AND NOW**, this 24th day of April, 2023, for the reasons set forth in the Memorandum

Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

1. Derry's first motion in *limine* (Doc. 17) is **GRANTED in part** and **DENIED in part**, without prejudice. Evidence or testimony referencing Derry's license suspension(s) and prior DUI/DAI is precluded; However, evidence or testimony referencing Derry's prior motor vehicle accidents is allowed.

2. Derry's second and fourth motions in *limine* (Doc. 19; Doc. 23) are **GRANTED**;

3. Derry's third motion in *limine* (Doc. 21) is **GRANTED in part** and **DENIED in part**, without prejudice. Evidence or testimony regarding the amount of compensation Derry receives or has received in Social Security disability benefits, SNAP benefits, and Medicaid is precluded; However, evidence or testimony regarding Derry's status as a recipient of Social Security disability benefits, SNAP benefits, and Medicaid is allowed.

4. Derry's fifth motion in *limine* (Doc. 25) is **DENIED**; and

5. Blackman's motion in *limine* (Doc. 30) is **GRANTED in part** and **DENIED in part**. Evidence or testimony of vehicle damage estimates is precluded; However, photos or photograms of vehicles after the subject crash are allowed.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**